IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **E.M.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 5:24-cv-00357-CAR-CHW |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | Social Security Appeal |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is Plaintiff's unopposed motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). 28 U.S.C. § 2412. (Doc. 19). Along with filing the motion for fees, Plaintiff consented to proceed before a United States Magistrate Judge. (Doc. 17). For the reasons explained below, the motion for attorney's fees (Doc. 19) is **GRANTED**.

In a prior Order, the Court granted the Commissioner's unopposed motion to remand (Doc. 14) and remanded this case pursuant to sentence four of 42 U.S.C. § 405(g). (Docs. 15, 16).

Plaintiff now asks for attorney's fees in the amount of $12,881, for the time expended in litigating this case. (Doc. 19). This requested amount represents compromise between the parties and is less than the fee and hours work reflected in Plaintiff's motion. *See* (Doc. 19, p. 1; Doc. 19-1, p. 4; Doc. 19-3). The Commissioner does not oppose Plaintiff's request, the requested hours appear to be within a reasonable range, and the rates relied upon by Plaintiff (Doc. 19-1, p. 3-4) appear to comport with this Court's CPI formula established in *Hartage v. Astrue*, No. 4:09-cv-48, 2011 WL 1123401 (M.D. Ga. Mar. 24, 2011).

1

It is accordingly **ORDERED** that Plaintiff's unopposed motion for EAJA fees (Doc. 19) be **GRANTED**, and that <u>Plaintiff be awarded $12,881 in attorney's fees</u>. This award should be made payable to Plaintiff directly. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If, however, the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Commissioner may accept Plaintiff's assignment of EAJA attorney's fees (Doc. 19-2) and pay the awarded fees directly to Plaintiff's counsel.

      **SO ORDERED**, this 12th day of December, 2025.

                    <u>s/ Charles H. Weigle</u>
                    Charles H. Weigle
                    United States Magistrate Judge