IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EMILIANO MIDDLETON, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00357-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# J U D G M E N T

Pursuant to the Order of this Court filed December 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $12,881.00.

This 12th day of December, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk